UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHAEL R. RAY, :
: Civil Action No. 08-1877 (NLH)
        Petitioner, :
:
        v. : **O R D E R**
:
GRACE ROGERS, et al., :
:
        Respondents. :

    Petitioner has filed two motions in the above-referenced case. It appears that:

    1.    Petitioner filed a motion for emergent application (docket entry 10), requesting immediate release from the New Jersey Department of Corrections. Since the filing of the motion, Petitioner has been afforded release. The motion will therefore be dismissed as moot.

    2.    Petitioner also filed a motion to amend respondents, for an extension of time to file a traverse, and for exhibits to the answer (docket entry 22). Petitioner argues to amend the named respondent since he has been released from custody, and respondent Grace Rogers is no longer his custodian. He seeks to amend the petition to name the New Jersey Attorney General, Anne Milgram, as the respondent. Further, in a letter (docket entry 23), Petitioner explains that he has secured more than twenty cases of files and legal materials and requests sixty additional days to file a traverse. He also states that while he was

1

provided a copy of the Answer, he was not provided a copy of the Exhibits to the Answer. Respondents did not file opposition to the motion.

BASED ON THE FOREGOING,

IT IS on this 26th day of June, 2009;

ORDERED that Petitioner's motion for emergent application (docket entry 10), is hereby DISMISSED; and it is further

ORDERED that Petitioner's motion (docket entry 22) is hereby GRANTED, to the following extent: it is hereby ORDERED that (1) the Clerk of the Court shall amend the docket to reflect "ANNE MILGRAM, Attorney General of New Jersey" as respondent, and shall terminated respondent "GRACE ROGERS;" (2) Respondent shall provide Petitioner with a copy of the Table of Respondent's Exhibits to the Answer (list of exhibits), but not the actual exhibits at this time, as Petitioner has admitted that he has received his legal documents- if Petitioner requires certain exhibits, he may move the Court for the specific copies he requires; and (3) Petitioner will have sixty days from the date of this order to file his traverse; and it is finally

ORDERED that a copy of this Order will be sent to Petitioner via regular U.S. Mail.

                                              /s/ NOEL L. HILLMAN
                                              NOEL L. HILLMAN
                                              United States District Judge

At Camden, New Jersey